# UNITED STATES DISTRICT COURT
## District of Minnesota

Evanston Insurance Company,

                  Plaintiff,

v.

Rembrandt Enterprises, Inc.,

                  Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 22-cv-01540 (PJS/DJF)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's motion for summary judgment [ECF No. 54] is GRANTED.

2. The Court DECLARES that there is no insurance coverage under Site Pollution and Environmental Policy No. MKLV3ENV102165, issued by plaintiff to defendant, for losses caused by the March 2022 highly pathogenic avian influenza outbreak at defendant's facility in Rembrandt, Iowa.

3. Defendant's motion for partial summary judgment [ECF No. 62] is DENIED.

Date: 2/27/2024

KATE M. FOGARTY, CLERK